McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-0266-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS INDICTMENT |
| v. | ) | AND ORDER |
| | ) | |
| ENRIQUE FLORES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks this Court for an order dismissing the indictment in Case No. S-06-266 MCE, filed on July 11, 2006.

This motion is made because on July 18, 2006, the defendant acknowledged his false claims to U.S. citizenship in a sworn statement.  In doing so, the defendant has facilitated his immediate deportation from the United States.

///
///
///
///
///

1

Should the Court issue the requested dismissal order, the defendant will be transferred to ICE custody for deportation proceedings.

DATE: July 20, 2006                McGREGOR W. SCOTT
                                   United States Attorney

                                   By /s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney

O R D E R

APPROVED AND SO ORDERED:

DATED: July 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**2**